SCAD-19-0000820

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

LAWRENCE JACOB SONG, (Hawaiʻi Bar No. 6544)
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 19-0539)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition for issuance of a reciprocal discipline notice upon Respondent Lawrence Jacob Song, filed on November 21, 2019 by the Office of Disciplinary Counsel pursuant to Rule 2.15(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), the declaration and exhibits appended thereto, the December 3, 2019 order entered by this court, providing Respondent Song 30 days from the date of service of that order upon him to submit to this court any reasons why reciprocal discipline should not be imposed upon him, and his lack of response to that order by the January 6, 2020 deadline established by the record, we conclude the imposition of a period of suspension similar to the period imposed by the California Supreme Court upon Respondent Song is warranted. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED that Respondent Song is suspended for 60 days, pursuant to RSCH Rules 2.3(a)(2) and 2.15(c), effective 30 days after the entry date of this order, without prejudice to the Office of Disciplinary Counsel seeking a longer term of suspension if Respondent Song violates the terms of his suspension in California or the District of Columbia.

IT IS FURTHER ORDERED that Respondent Song shall, in accordance with RSCH Rule 2.16(d), file with this court, within 10 days after the effective date of his suspension, an affidavit showing compliance with RSCH Rule 2.16(d).

IT IS FURTHER ORDERED that Respondent Song shall bear the costs of these reciprocal proceedings, pursuant to RSCH Rule 2.3(c), upon a timely submission of a verified bill of costs by the Office of Disciplinary Counsel.

IT IS FURTHER ORDERED that Respondent Song shall not resume the practice of law in this jurisdiction until re-admitted by this court, as set forth in RSCH Rules 2.17(a) and 2.17(b)(2). Any affidavit seeking reinstatement shall include proof of compliance with the disciplinary conditions imposed by the disciplinary authorities in both California and the District of Columbia, and good standing in both jurisdictions.

DATED: Honolulu, Hawaiʻi, January 21, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2